IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELMAN OWENS**                                                                                       **PLAINTIFF**

v.                                              NO. 4:24-cv-00313-BRW

**MARTIN O'MALLEY, Commissioner**                                              **DEFENDANT**
of the Social Security Administration

## ORDER

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, and a de novo review of the record, I approve and adopt the findings and recommendation in all respects. The unopposed motion to remand filed by the Commissioner of the Social Security Administration ("Commissioner") is granted. Doc. No. 10.

This case is remanded in accordance with the terms outlined by the Commissioner and is a sentence four remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of this case is without prejudice to plaintiff Delman Owens' subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 5th day of September, 2024.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE